**STATE v. HUNTER**

[366 N.C. 373 (2012)]

| STATE OF NORTH CAROLINA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | From Mecklenburg County |
| | ) | |
| DRELLCO LAMONT HUNTER | ) | |

No. 518P07-2

## ORDER

Defendant's request for expedited consideration of his petition for certiorari is allowed. Defendant's petition for certiorari is dismissed.

By order of the Court in Conference, this 5th day of September, 2012.

s/Hudson, J.
For the Court

Jackson, J., Recused